UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:03-CR-62 |
| | ) | |
| DELMAN DAVIS | ) | |

## **O R D E R**

This criminal matter is before the Court to address a Motion for Judgment of Acquittal filed by the defendant. [Doc. 551]. This was a six day jury trial, and the defendant was found guilty of a lesser included offense in regard to Count 1 of the indictment, i.e. a conspiracy to distribute and to possess with the intent to distribute less that 5 kilograms but more than 500 grams of cocaine. The defendant has failed to make a statement of the factual and legal grounds that would justify an acquittal, and he has failed to file a brief as required by LR7.1 of the Local Rules of the United States District Court for the Eastern District of Tennessee. Accordingly, it is hereby **ORDERED** that the defendant's Motion for Judgment of Acquittal is **DENIED**.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE